[Nos. 27403-1-I; 29818-6-I.   Division One.   April 5, 1993.]

*In the Matter of the Dependency of* N.L.

Appeal from a judgment of the Superior Court for King County, No. 88-7-00746-1, Richard M. Ishikawa, J., entered November 1, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Agid, JJ.

[No. 32240-1-I.   Division One.   April 5, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN RICHARD HOPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05757-1, Jim Bates, J., entered January 14, 1993. *Reversed* by unpublished per curiam opinion.

[No. 29549-7-I.   Division One.   April 5, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFF SPISAK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-01856-8, Sharon S. Armstrong, J., entered November 13, 1991. *Reversed* by unpublished per curiam opinion.

[No. 30157-8-I.   Division One.   April 5, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY EARL BARRANCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02076-7, James J. Dore, J. Pro Tem., entered February 18, 1992. *Reversed* and *dismissed* by unpublished per curiam opinion.